■ ANASTASIOS LOULADAKIS, Appellant, et al., Plaintiff, v PAULINE STEINMETZ et al., Defendants. PAULINE STEINMETZ, Third-Party Plaintiff, v CHARLES J. HERZ et al., Third-Party Defendants-Respondents. — In an action to recover damages for personal injuries, etc., plaintiff Anastasios Louladakis appeals from an order of the Supreme Court, Kings County (Levine, J.), dated December 3, 1982, which denied his motion for an apportionment of legal fees and other expenses between himself and Maryland Casualty Company and held that Maryland Casualty Company is entitled to repayment in full of a workers' compensation lien in the amount of $136,406.23. Order modified, on the facts, by deleting the amount of $136,406.23 and substituting therefor the amount of $135,483.83. As so modified, order affirmed, without costs or disbursements. We agree with Special Term that plaintiff waived his rights to any apportionment of attorney fees. However, the amount that plaintiff was directed to return should have been $135,483.83 in accordance with the stipulation of the parties. Damiani, J. P., Mangano, Gulotta and Brown, JJ., concur.

■ BARBARA MUNKELWITZ, Respondent, v WALTER K. MUNKELWITZ, Appellant. — In a proceeding for upward modification of child support, the appeals are from (1) an amended order of the Family Court, Suffolk County (Litz, J.), entered October 19, 1982, and (2) a resettled order of the same court (Abrams, J.), dated January 7, 1983, which increased the total weekly amount of child support from $60 to $90. Orders reversed, in the interests of justice, without costs or disbursements, and proceeding remitted to the Family Court, Suffolk County, for a new hearing and determination. Under the circumstances, appellant's failure to appear at the hearing on petitioner's application for upward modification of child support was excusable. In the interests of justice, appellant is entitled to a new hearing and determination on the issue of whether the total child support should be increased from $60, and if so, to what extent. Gibbons, J. P., O'Connor, Weinstein and Niehoff, JJ., concur.